UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Jose Marroquin<br><br>　　　　　　Defendant. | Case No. 09-1656M<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　On arrest warrant issued by the United States District Court for the Southern Dist. of Texas involving alleged violations of conditions of probation/supervised release:

　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　B.　(　) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

    B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _He absconded from supervision and has been at large for nearly 20 years._

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _8/11/09_

_____
United States Magistrate Judge

2